UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - against - | UNSEALING ORDER |
| TAYYIB ALI MUNIR,<br>     also known as<br>     "Ali Tayyib Munir," | 12 M 0331 |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel J. Nash, for an order unsealing the Complaint and Affidavit in Support of Application for Arrest Warrant in the above-captioned matter,

       WHEREFORE, it is ordered that the Complaint and Affidavit in Support of Application for Arrest Warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           July 23, 2012


                            THE HON. _____
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK