08/21/2012 17:05 FAX                                                    0010/0011

Case 1:12-mj-00331-CLP   Document 13   Filed 08/27/12   Page 1 of 1 PageID #: 43
Case 1:12-mj-00331-CLP   Document 12-2   Filed 08/21/12   Page 1 of 1 PageID #: 41

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

          v.

TAYYIB ALI MUNIR,

          Defendant.

-------------------------------------------------------------x

Criminal No. 12-MJ-00331-CLP

**ADMISSION TO PRACTICE PRO HAC VICE**

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Pamela L. Johnston is permitted to argue or try this particular case in whole or in part as counsel or advocate for Defendant Taiyyib Ali Munir.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated: 8/23/12

                                                      United States District Judge

520-7094-1712.1